# CRIMINAL DOCKET · U.S. District Court

**U.S. vs. CHEE, KENRICK M.H.**

Case Filed: 02/12/92
Docket No.: 92 00220 HMF 01
No. of Def's: 3

PO: 0975
Assigned: 7509
Disp./Sentence: 7509
Felony [X]   District

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to structure transactions w/ a domestic financial institution, evading reporting requirements & caused a domestic fin instit to file a report that contained a material omission & misstatement of fact (03/87) CT1 | 1 |
| 31:5324(3) | Structuring/Evading Reporting Requirement (02/87) CT 2 | 1 |
| 31:5324(2) | Caused domestic fin instit to file report containing material omission & misstatement of fact (03/87) CT 3 | 1 |
| 31:5324(2) | Attempt to cause domestic fin instit to file a report containing material omission & misstatement (03/87) CT 4 | 1 |

## II. KEY DATES

- INTERVAL ONE — KEY DATE (Indictment filed/unsealed): 02-12-92
- END ONE / BEGIN TWO — KEY DATE (1st appears on pending charge /R40): 03-10-92
- END INTERVAL TWO — KEY DATE (Pled guilty, After N.G.): 06-29-92
- 1st appears with or waives counsel: 03-10-92
- ARRAIGNMENT: 03-10-92
- DISPOSITION DATE: 10-05-92
- SENTENCE DATE: 10-05-92

## III. MAGISTRATE

(blank)

Show last names and suffix numbers of other defendants on same indictment/information:
(01) Chee, (02) Y. Kim, (03) J. Kim

## IV. ATTORNEYS

**U.S. Attorney or Asst.:** DANIEL A. BENT
by Florence T. Nakakuni, Asst. U.S. Atty.

**Defense:** 2 [X] Ret.
DARWIN CHING
707 Richards St Suite 710
Honolulu, Hawaii 96813
ph: 536-7888

## BAIL / RELEASE

PRE-INDICTMENT / POST-INDICTMENT (blank entries)

Stamp: NOV 5 1992

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 10-8-92 | 144477 | $5,000.00 | Bal. $50.00 | | |
| 10-9-92 | 144504 | 50.00 | Bal.-0- | | |

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE 1 OF | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|
| | 92 | 92 00220 HMF | 01 | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | Start Date / End Date | Ltr Code | Total Days |

(OPTIONAL) Show last names of defendants               V. PROCEEDINGS

| 1992 | | | |
|---|---|---|---|
| Feb 12 | 1 | EP: INDICTMENT - PS ordered  (Judith Powers)   CONKLIN | |
| | 2 | PS issued; retn 02-24-92 at 10:00 a.m. (T) | |
| 19 | 3 | Notice - A&P contd. from 02-24-92 to 03-02-92 @ 10:00 a.m.<br>cc: all counsel | |
| 25 | 4 | Return on PS executed by USM via Certified Mail on 02-18-92 | |
| Mar 10 | 5 | EP: A&P - Defendants present. Defendants waive reading of Indictment and enter pleas of Not Guilty. Jury Trial: 05-12-92 at 9:00 Fong. Final Pretrial: 04-24-92 at 11:00 Kurren. Defts. mos. due: 03-31-92. Govt. response: 04-14-92. Bail: As to Defendant Chee: $25,000.00 signature; usual conditions: Not to leave the Island of Oahu; inform the Court of any change in address/phone no. within 24 hours. As to Defendants Kim (Both) $50,000.00 signature; 10% cash; usual conditions: Not to leave the Island Oahu; inform the Court of any chnage in address/phone no. within 24 hours. (48 hours to post bail) Custionary advise given. Nakakuni, D. Ching, Ruthruff, & Yuen present.                    (ESR) KURREN | |
| | 6 | ORDER Setting Conditions of Bail - $25,000.00 Signature<br>Travel: Island of Oahu.         KURREN | |
| | 7 | Appearance Bond -<br>2038 Mauna Pl.<br>Honolulu, HI 96822<br>Ph. 537-6863              KURREN | |
| 24 | 8 | Government's Discovery Statement; Certificate of Service | |
| Apr 1 | 9 | Government's Request for Discovery; Certificate of Service | |
| 29 | 10 | Certificate of Service Re: Government's Jury Instructions | |
| 30 | 11 | EP: Final Pretrial Conference - Defendants' presence waived. A M/Continue trial was requested by Ms. Yuen. Court could not rule on this motion and advised Ms. Yuen to file with Judge Fong. (30) days ruling). Final Pretrial conference held. Trial to take 2 days. Interpreter needed for defendant Young Ho Kim. Jury instructions, voir dire already submitted. Government to prepare Final Pretrial Conference Order. Nakakuni, D. Ching, Ruthruff & Yuen present. (ESR) KURREN | |
| May 11 | 12 | First Stipulation to Continue Trial Date to July 14, 1992 and Excluding Time Under the Speedy Trial Act; ORDER - Trial contd. from 05-12-92 to 07-14-92 before Judge Fong. Time from 05-12-92 to 07-14-92 is excludable under the Speedy Trial Act - 18:3161(h)(8)(A) & (h)(8)(B)(iv). FONG | 05-12-92<br>07-13-92  T  33 |
| 14 | 13 | Government's Motion for Reconsideration of Court's Order Regarding:<br>(A) Material Requested by Defendants Pursuant to Brady;<br>(B) Release of Jencks Act Material One Week Prior to Trial;<br>Certificate of Service<br>- see next page - | |

CONTINUED TO PAGE

```
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs                                              page 2
                                    CHEE, KENRICK M.H.              CR 92-00220 HMF 01
       AO 256A                                                       Yr. | Docket No. | Def.
```

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 | | | | | | |
| Jun 4 | 14 | EO: Hearing on Motion for Withdrawal of Not Guilty Plea and to Plea Anew is set for June 29, 1992 @ 2:00 p.m. cc: Nakakuni, Ching, Ruthruff, Yuen, USPO, USM, Judge Fong's chambers. | | | | |
| 29 | 15 | EP: M/Withdrawal Of Not Guilty Plea And To Plea Anew - Nakakuni, D. Ching. Deft sworn. Questioned. Adv of right to trial by jury, etc., and the maximum penalty provided by law. | | | | |
| | 16 | "Memorandum of Plea Agreement" filed & accepted. Nakakuni recited the essential elements of the charges. Further questioned. GUILTY plea entered to CT 2 of the Indictment. Referred for presentence report & investigation and SENTENCING set for 10/05/92 at 2:30 p.m. (F) Bond contd.                  (TC)     FONG | | | | |
| Jul 7 | 17 | Second Stipulation to Continue Trial Date to August 25, 1992, and Excluding Time Under the Speedy Trial Act - Trial contd. from 07-14-92 to 08-25-92. Time from 07-14-92 to and including 08-22-92 is excluded under the Speedy Trial Act - 18:3161(h)(8)(A) and (h)(8)(B)(iv).                                      FONG | | 07-14-92<br>08-22-92 | T | 40 |
| 22 | 18 | Amendment to Second Stipulation to Continue Trial Date to August 25, 1992 and Excluding Time Under the Speedy Trial Act Filed July 7, 1992.  Speedy Trial exclusion from 08-22-92 to 08-25-92.         FONG | | 08-23-92<br>08-24-92 | T | 2 |
| Oct 5 | 19 | EP: SENTENCING To CT 2 - Nakakuni, Ching. Allocution by the deft. Adj - ISS & deft placed on prob for a term of 3 yrs. Usual Conds & the following spec conds: 1) That the deft pay a fine of $5,000 payable in full w/in 60 days; 2) That the deft complete 150 hours of community svc as directed by the USPO Spec Assess - $50. M/Dismiss remaining counts - GRANTED.                                       (TC)     FONG | | | | |
| 8 | 20 | Judgment in a Criminal Case            FONG | | | | |
| 1994<br>Mar 17 | 21 | Report and Order Terminating Supervised Release Prior to Original Expiration Date         FONG | | | | |