# CRIMINAL DOCKET - U.S. District Court

| | | | |
|---|---|---|---|
| PO | 0975 | Assigned: 1 7509 | U.S. VS. KIM, YOUNG HO |
| Misd. | | Disp./Sentence 7509 | |
| Felony X | District | Off Judge/Magistr. | |

Case Filed: 02/12/92
No. of Def's: 3
Docket No./Def.: 92 00220 HMF 02 DAE

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:371 | Conspiracy to structure transactions w/ a domestic financial institution, evading reporting requirements & caused a domestic fin instit to file a report that contained a material omission & misstatement of fact (03/87) CT 1 | 1 | X |
| 31:5324(3) | Structuring/Evading Reporting Requirement (02/87) CT 2 | 1 | X |
| 31:5324(2) | Caused domestic fin instit to file report containing material omission & misstatement of fact (03/87) CT 3 | 1 | X |
| 31:5324(2) | Attempt to cause domestic fin instit to file a report containing material omission & misstatement (03/87) CT 4 | 1 | X |

## II. KEY DATE

**INTERVAL ONE** — EARLIEST OF: arrest / sum'ns / custody / appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE: 02-12-92, X Indictment filed/unsealed

KEY DATE: 03-10-92 — a) X 1st appears on pending charge /R40

**END INTERVAL TWO** — KEY DATE: 08-25-92 — Jury

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE |
|---|---|---|---|---|---|---|
| 03-10-92 | 03-10-92 | | | | 09-08-92 | 01-19-93 |

## III. MAGISTRATE

(blank)

Show last names and suffix numbers of other defendants on same indictment/information:
(01) Chee, (02) Y. Kim, (03) J. Kim

## ATTORNEYS

U.S. Attorney or Asst.: DANIEL A. BENT
by Florence T. Nakakuni, Asst. U.S. Atty.

Defense: 2 X Ret.

JERRY A. RUTHRUFF
900 Fort St. Mall Suite 1855
Honolulu, Hawaii 96813
ph: 524-4975

FEB 5 1993

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | Yr | Docket No. | Def. | | PAGE 1 OF | VI EXCLUDABLE DELAY | | |
|------|----|-----------|------|--|-----------|---------------------|--|--|
| DOCUMENT NO. | 92 | 92 00220 HMF | 02 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date / End Date | Ltr Code | Total Days |

| 1992 | | V. PROCEEDINGS |
|------|---|----------------|
| Feb 12 | 1 | EP: INDICTMENT - PS ordered  (Judith Powers)  CONKLIN |
| | 2 | PS issued; retn 02-24-92 at 10:00 a.m. (T) |
| 19 | 3 | Notice - A&P contd. from 02-24-92 to 03-02-92 @ 10:00 a.m.   cc: all counsel |
| 25 | 4 | Return on PS executed by USM via Certified Mail on 02-18-92 |
| Mar 10 | 5 | EP: A&P - Defendants present. Defendants waive reading of Indictment and enter pleas of Not Guilty. Jury Trial: 05-12-92 at 9:00 Fong. Final Pretrial: 04-24-92 at 11:00 Kurren. Defts. mos. due: 03-31-92. Govt. response: 04-14-92. Bail: As to Defendant Chee: $25,000.00 signature; usual conditions: Not to leave the Island of Oahu; inform the Court of any change in address/phone no. within 24 hours. As to Defendants Kim (Both) $50,000.00 signature; 10% cash; usual conditions: Not to leave the Island Oahu; inform the Court of any chnage in address/phone no. within 24 hours. (48 hours to post bail) Custionary advise given. Nakakuni, D. Ching, Ruthruff, & Yuen present.           (ESR) KURREN |
| | 6 | ORDER Setting Conditions of Bail - $50,000.00/$5,000.00 CASH   Travel: Island of Oahu. Advise the court of any chang in   address or phone w/in 24 hours.      KURREN |
| | 7 | Appearance Bond   2121 Ala Wai Ph2   Honolulu, HI 96815   Ph. 922-7587       KURREN |
| | 8 | Affidavit by Owner of Cash Bail - $5,000.00   Young Ho Kim   2121 Ala wai Blvd., PH #2   Honolulu, HI 96815   Ph. 922-7587 |
| 24 | 9 | Defendants Jeong Suk Kim and Young Ho Kim's Request for Discovery;   Certificate of Service |
| | 10 | Government's Discovery Statement; Certificate of Service |
| Apr 1 | 11 | Government's Request for Discovery; Certificate of Service |
| 2 | 12 | Government's Response to Defendants Young Ho Kim (02) and Jeong   Suk Kim's (03) Request for Discovery; Certificate of Service |
| 29 | 13 | Certificate of Service Re: Government's Jury Instructions |
| 30 | 14 | EP: Final Pretrial Conference - Defendants' presence waived. A M/Continue trial was requested by Ms. Yuen. Court could not rule on this motion and advised Ms. Yuen to file with Judge Fong. (30) days ruling). Final Pretrial conference held. Trial to take 2 days. Interpreter needed for defendant Young Ho Kim. Jury instructions, voir dire already submitted. Government to prepare Final Pretrial Conference Order.  Nakakuni, D. Ching, Ruthruff & Yuen present. (ESR) KURREN |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs KIM, YOUNG HO

AO 256A

page 2
CR 92-00220 HMF 02
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1992 | | | | | | |
| May 11 | 15 | First Stipulation to Continue Trial Date to July 14, 1992 and Excluding Time Under the Speedy Trial Act; ORDER - Trial contd. from 05-12-92 to 07-14-92 before Judge Fong. Time from 05-12-92 to 07-14-92 is excludable under the Speedy Trial Act - 18:3161(h)(8)(A) & (h)(8)(B)(iv). FONG | | 05-12-92 07-13-92 | T | 33 |
| 14 | 16 | Government's Motion for Reconsideration of Court's Order Regarding: (A) Material Requested by Defendants Pursuant to Brady; (B) Release of Jencks Act Material One Week Prior to Trial; Certificate of Service | | | | |
| Jul 7 | 17 | Second Stipulation to Continue Trial Date to August 25, 1992, and Excluding Time Under the Speedy Trial Act - Trial contd. from 07-14-92 to 08-25-92. Time from 07-14-92 to and including 08-22-92 is excluded under the Speedy Trial Act - 18:3161(h)(8)(A) and (h)(8)(B)(iv). FONG | | 07-14-92 08-22-92 | T | 40 |
| 22 | 18 | Amendment to Second Stipulation to Continue Trial Date to August 25, 1992 and Excluding Time Under the Speedy Trial Act Filed July 7, 1992. Speedy Trial exclusion from 08-22-92 to 08-25-92. FONG | | 08-23-92 08-24-92 | T | 2 |
| Aug 18 | 19 | Third Stipulation To Continue Trial To November 3, 1992, Setting Final Pre-Trial Conference And Excluding Time Under The Speedy Trial Act  **DENIED**  FONG | | | | |
| | 20 | Ex Parte Motion For Order Shortening Time; Declaration of Florence T. Nakakuni   re: M/Disqualify Counsel | | | | |
| | 21 | ORDER GRANTING Motion To Shorten Time  FONG re: M/Disqualify Counsel set for 08/19/92 at 9:00 a.m. (HMF) | | | | |
| | 21a | Motion to Disqualify Counsel; Declaration of Florence T. Nakakuni; Exhibit 1; Certificate of Service | | | | |
| 19 | 22 | EP: Government's Motion to Disqualify Counsel - Arguments held. Motion to Disqualify counsel - denied. Oral Motions to Continue Trial - denied. Discussion held regarding production of Brady, Jencks and other materials. Ordered that all notes made during the interview of Kendrick M.H. Chee be submitted to the Court for an in camera inspection. Ordered that the government provided the defense with all reports, memoranda, notes, etc., that are not protected by law. Florence T. Nakakuni, Jerry A. Ruthruff (02), Renee M.L. Yuen (03) Richard K. Perkins (03) present. (SP) FONG | | | | |
| | 23 | Witness List | | | | |
| 21 | 24 | Government's Proposed Voir Dire Questions; Certificate of Service - **see next page -** | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| | | | page 3 |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | | CR 92-00220 HMF 02 |
| CRIMINAL DOCKET | KIM, YOUNG HO | | |
| AO 256A | | | DAE |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1992 | | | |
| Aug 21 | 25 | Government's Trial Memorandum; Certificate of Service | |
| 24 | 26 | Government's Proposed Jury Instructions; Certificate of Service | |
| | 27 | Defendant Young Ho Kim's Motion in Limine Re: Oral Statement of Defendant Young Ho Kim to Special Agents Lee and/or Southerland; Memorandum in Support of Motion; Certificate of Service | |
| | 28 | Defendant Young Ho Kim's Motion in Limine Re: Statements Allegedly Made By Defendant Jeong Suk Kim to Government Agents, and for Severance of Trial; Memorandum in Support of Motion; Affidavit of Jerry A. Ruthruff; Certificate of Service | |
| | 29 | Defendant Young Ho Kim's Motion in Limine Re: Oral Statement of Defendant Young Ho Kim to Special Agents Teraoka and Tsubota on July 5, 1988; Memorandum in Support of Motion; Certificate of Service | |
| | 30 | Defendant Young Ho Kim's Requested Voir Dire Questions; Certificate of Service | |
| 24 | 31 | Defendant Young Ho Kim's Motion in Limine Re: Currency Transaction Report Dated February 17, 1987 and Other Documents Which The Government Failed to Produce as Required by the Discovery Rules; Memorandum in Support of Motion; Certificate of Service | |
| 25 | 32 | Government's Opposition to Defendant Young Ho Kim's Motion in Limine Re: Statements Allegedly Made By Defendant Jeong Suk Kim to Government Agents and for Severance of Trial; Certificate of Service | |
| | 33 | Government's Filing Re: All Prior Discovery; Certificate of Service | |
| | 34 | EP: JURY SELECTION/TRIAL - (1st Day) - Taekyong Kim sworn as an interpreter in the Korean language on behalf of the defendants. 51 jurors present. 12 jurors and 2 alternates selected, sworn and preliminarily instructed. Government's Motion to Strike Surplussage from the Indictment- granted as follows: 1. Paragraph 2(b); 2. Paragraph 5; 3. Paragraph 6(j); 4. Paragraph 6(j). Defendant Young Ho Kim's M/Limine: 1. Re: Oral Statement of Defendant Young Ho Kim to Special Agents Clint Tsubota and John Teraoka - granted in part. Government is precluded from using this evidence in its case in chief. 2. Re: Oral Statement of Defendant Young Ho Kim to Special Agents Lee and/or Southerland - denied. 3. Re: Currency Transaction Report dated February 17, 1987 and other documents which the government failed to produce as required by the discovery rules - denied. 4. Re: Statements allegedly made by defendant Jeong Suk Kim to Government agents and for severance of trial - denied. Opening statements made. Further trial continued to August 26, 1992 @ 9:00 a.m. Nakakuni, Ruthruff, Yuen & | Start Date / End Date \| Ltr. Code \| Total Days |

```
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs                                    Page 4   DAE
                                    KIM, YOUNG HO              CR 92-00220 HMF 02
         AO 256A ⊕                                             Yr.  | Docket No. | Def.
```

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1992 Aug 25 | 35 | Defendant Jeong Suk Kim's Proposed Jury Instruction | |
| | 36 | ORDER For Dismissal - Counts 3 & 4 of the Indictment - Certificate of Service   FONG | |
| | 36a | Government's Motion in Limine; Declaration of Florence T. Nakakuni; COS | |
| 26 | 37 | Defendant Young ho Kim's Proposed Jury Instructions - | |
| | 38 | EP: FURTHER JURY TRIAL - (2nd Day) - Defendant Young Ho Kim's Oral Motion to Continue Trial to Conduct Further Discovery made in conjunction with the hearing on Motions in Limine on August 25, 1992 - denied. Hearing held without the jury regarding evidentiary matters. Trudy Kim Yoshikawa, CST. Kentrick Chee CST. Exhibits admitted: P-1A thru P-13I; D-17, D-18 & D-19. Further trial continued to August 27, 1992 @ 9:00 a.m. Florence Nakakuni, Jerry Ruthruff; Renee Yuen & Taekyong Kim, Interpreter present.                                      (SP) FONG | |
| 27 | 39 | EP: FURTHER JURY TRIAL - 3rd Day - Kendrick Chee, Chris Godwin, Seung Kyu Lee and John Teraoka CST. Government's exhibit P-14 admitted. Government rested. Defendants #2 & #3's Motion for Judgement of Acquittal - denied. John Teraoka recalled as sitness by defendant #2. Further trial continued to August 28, 1992 @ 10:00 a.m. Florence Nakakuni, Jerry A. Ruthruff, Renee Yuen, Richard Perkins & Taekyong Kim, Interpreter present.                                      (SP) FONG | |
| 28 | 40 | Government's Proposed Jury Instructions to Which the Defense Objects; Certificate of Service | |
| | 41 | Government's Objections to Defendants' Proposed Instructions; Certificate of Service | |
| | 41a | Defendant Jeong Suk Kim's Proposed Jury Instructions | |
| | 42 | EP: FURTHER JURY TRIAL - 3rd Day - Margo Brower CST. Young Ho Kim CST. Exhibits admitted: D-23. Further trial continued to September 1, 1992 @ 9:00 a.m. Settling of Instructions is set for August 31, 1992 @ 1:30 p.m. Florence Nakakuni, Jerry Ruthruff, Renee Yuen, Richard Perkins, Taekyong Kim (Interpreter) present.                                      (SP) FONG | |
| | 43 | The Parties Joint Set of Instructions; Certificate of Service | |
| 31 | 44 | EP: Settling of Jury Instructions - Defendants not present. Instructions settled. Jeong Suk Kim's Motion for Judgment of Acquittal - taken under advisement. Florence Nakakuni, Jerry Ruthruff, Renee Yuen & Richard Perkins present.                                      (SP) FONG | |

- see next page -

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | | page 5 |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | | |
| CRIMINAL DOCKET | KIM, YOUNG HO | | CR 92-00220 HMF 02 |
| AO 256A | | | OAE |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1992 | | | |
| Aug 31 | 45 | Government's Memorandum Regarding the Taylor Case; Certificate of Service | |
| | 46 | Government's Objections to Young Ho Kim's Supplemental Proposed Jury Instructions; Certificate of Service | |
| | 47 | Government's Withdrawal and Substitution of Jury Instructions Certificate of Service | |
| | 48 | Defendant Young Ho Kim's Proposed Jury Instructions to Which the Government Objects; Certificate of Service | |
| | 49 | Defendant Young Ho Kim's Memorandum in Opposition to Government's Proposed Jury Instructions; Certificate of Service | |
| | 50 | Defendant Young Ho Kim's Memorandum in Support of Defendant Young Ho Kim's Proposed Jury Instructions; Certificate of Service | |
| Sep 1 | 51 | EP:  FURTHER JURY TRIAL - 5th Day - Further settling of instructions. Defendant Jeong Suk Kim's Motion for Judgment of Acquittal - denied.  Seung-Kyun Ko, Ph.D. sworn as an interpreter in the Korean language. Examination of Young Ho Kim resumed. Juror #9, Rosemary Oda, discharged and substituted by Alternate Juror # 1, Herbert Ito. Reverend D. Samuel Lee sworn as an interpreter in the Korean language.  John Stevenson CST.  Young Ho Kim recalled. Defendant Young Ho Kim rested. Defendant Jeong Suk Kim rested.  Defendant Young Ho Kim's Renewed M/Severance - denied.  Kendrick Chee recalled. John Teraoka recalled. Government rested. Further trial continued to September 2, 1992 @ 1:00 p.m.  Florence Nakakuni, Jerry Ruthruff, Renee Yuen, Richard Perkins, Seung-Kyun Ko, Ph. D., Interpreter (9:00 - 12:30), Rev. T. Samuel Lee, Interpreter (1:30 - 3:20) present.           (SP) FONG | |
| | 52 | Government's Motion for Reconsideration of Defendant Young Ho Kim's Instructions; Certificate of Service | |
| | 53 | Government's Memorandum Regarding Lopez-Alvarez; Certificate of Service | |
| | 54 | Government's Proposed Jury Instructions; Certificate of Service | |
| 2 | 55 | EP:  FURTHER JURY TRIAL - (6th Day) - Government's opening argument. Jeong Suk Kim's closing argument. Young Ho Kim's closing argument. Government's rebuttal. Jury instructed. Bailiff sworn. Alternate juror will be on call until notified by the clerk that she has been discharged. Jurors excused until 9/3/92 @ 9:00 a.m. Jeong Suk Kim's Renewed M/Judgment of Acquittal is set for arguments on 09/03/92 @ 9:00 a.m. Case continued until the above date. Florence Nakakuni, Jerry Ruthruff, Renee Yuen, Richard Perkins, Reverand Samuel Lee, Interpreter. (YI) FONG | |

- see next page -

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

```
UNITED STATES DISTRICT COURT                                              DAE
CRIMINAL DOCKET    U. S. vs                                             page 6
                                    KIM, YOUNG HO              CR 92-00220 HMF 02
      AO 256A                                                  Yr.   Docket No.  Def.
```

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 Sep 3 | 56 | EP: FURTHER JURY TRIAL - Jury returned to commence deliberation. Defendants not present. Presence waived. Hearing held without the jury regarding the following: 1. Young Ho Kim's Oral Motion for Mistrial - denied. 2. Defendants' Renewed Motions for Judgement of Acquittal - denied. Further jury deliberation continued to September 4, 1992 @ 9:00 a.m. Florence Nakakuni, Jerry Ruthruff & Renee Yuen present. (YI) FONG | | | | |
| 4 | 57 | EP: JURY DELIBERATION: The court convened to answer the Jury Question. Jury question and the court's response filed. Further deliberation contd. to Sept. 8, 1992 @ 9:00 a.m.  Nakakuni, Ruthruff, Yuen & Perkins present.                     (YI) EZRA | | | | |
| | 58 | Note from the Jury - 3:45 p.m. | | | | |
| | 59 | Response to the Jury -                     FONG | | | | |
| 8 | 60 | EP: FURTHER JURY DELIBERATION - Jury returned for further deliberation. | | | | |
| | 61 | "NOTE FROM THE JURY" filed. Hearing held without the jury regarding the note from the jury. Jury was summoned and the Court orally responded to the note. (2:25 - 3:00 p.m.) Jury returned with the verdicts (3:30 p.m.) "VERDICTS" as to both defendants read and filed. Jury found both defendants guilty to count 1 and not guilty to Count 2.  Count 2 dismissed as to both defendants.  Jury polled. Verdicts as to both defendants unanimous.  Defendants referred for presentence investigation and report, and sentencing is set for December 7, 1992 @ 1:30 p.m.  Bonds continued.  Florence Nakakuni Jerry Ruthruff, Renee Yuen & Richard Perkins. (LG) FONG | | | | |
| | 62 | VERDICT - Count 1: Guilty Count 2: Not Guilty | | | | |
| | 63 | Court's Jury Instructions | | | | |
| 15 | 64 | Stipulation For Extension of Time to File Written Motions                                               FONG | | | | |
| 16 | 65 | Judgment of Acquittal _ Count 2            FONG | | | | |
| 29 | 66 | Notice of Motion; [10-26-92 @ 1:30 p.m. (Fong)]; Defendant Young Ho Kim's Motion to Dismiss Indictment To Arrest Judgment  For Mistrial or New Trial and For Judgment of Acquittal Notwithstanding the Verdict and Joinder in Defendant Jeong Suk Kim's Motion for Judgment of Acquittal Notwithstanding the Verdict of For New Trial; Memorandum in Support of Motion; Certificate of Service | | | | |

- see next page -

| | | | page 7 |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | KIM, YOUNG HO | CR 92-00220 HMF 02 |
| CRIMINAL DOCKET | | | |
| AO 256A | | | |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1992 | | | |
| Oct 9 | 67 | Index and Table of Citations For Government's Opposition to Defendant Young Ho Kim's Motion to Dismiss Indictment, To Arrest Judgment, For Mistrial or New Trial and For Judgment of Acquittal Notwithstanding the Verdict; Certificate of Service | |
| 21 | 68 | Stipulation to Continue Hearing on Defendant Jeong Suk Kim's Motion for Judgment of Acquittal Notwithstanding The Verdict or For New Trial and Defendant Young Ho Kim's Motion to Dismiss Indictment, to Arrest Judgment, For Mistrial or New Trial and For Judgment of Acquittal Notwithstanding the Verdict                    FONG | |
| Nov 20 | 69 | Defendant Young Ho Kim's Supplemental Memorandum in Support of Motion to Dismiss Indictment, To Arrest Judgment, For Mistrial or New Trial and for Judgment of Acquittal Notwithstanding The Verdict; Certificate of Service | |
| 27 | 70 | Government's Response To Defendant Young Ho Kim's Supplemental Memorandum In Support Of Motion To Dismiss Indictment, To Arrest Judgement, For Mistrial Or New Trial, And For Judgement of Acquittal Nothwithstanding The Verdict; Exhibit 1; Certificate of Service | |
| 30 | 71 | EP: Defendant Young Ho Kim's Motion to Dismiss Indictment, to Arrest Judgment, For Mistrial or New Trial and for Judgment of Acquittal Notwithstanding the Verdict or for a New Trial- Arguments held.  Motion to Dismiss Indictment, to Arrest Judgment and for Judgment of Acquittal Notwithstanding the Verdict - denied.  Motion for Mistrial or New Trial - Government has until December 4, 1992 to file its supplemental memorandum.  Motion will be taken under advisement thereafter. Sentencing is continued until January 19, 1993 @ 2:00 p.m. Florence Nakakuni & Jerry A. Ruthruff (02) present. (SP) FONG | |
| Dec 3 | 72 | Government's Further Memorandum In Opposition to Defendants' Post-Trial Motions; Exhibit 1; Certificate of Service | |
| 1993 | | | |
| Jan 15 | 73 | ORDER DENYING Defendants' Motion To Dismiss Indictment, For Judgment Of Acquittal, For Mistrial, Or For New Trial FONG ccd: Yuen/Perkins, Ruthruff, Nakakuni, USPO | |
| 19 | 74 | EP: SENTENCING To CT 1 - Nakakuni, Ruthruff. Alloc by deft. Adj - 1 yr impr, exec of sentence of impr is suspended & deft placed on prob for a term of 3 yrs upon the following spec conds: 1) That the deft pay a fine of $20,000.00 payable within 90 days of the date of sentence; 2) That the deft complete 100 hours of comm svc as directed by the prob office ---------------------contd - *See Next Page* | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs KIM, YOUNG HO

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1993 Jan 19 | | **SENTENCING contd:** Spec Mon Assess - $50.00 payable forthwith. Adv of right to appeal the conviction & sentence, etc. (TC) FONG | | | | |
| 25 | 75 | JUDGMENT In A Criminal Case     FONG | | | | |
| Feb 4 | 76 | **NOTICE OF APPEAL** - On Behalf of Defendant [CA 93-10108] | | | | |
| 10 | 77 | ORDER for Time Schedule - RT to be ordered by 2/25/93; RT to be filed by 3/29/93; Aplt's opening brief to be filed by 5/10/93; Aple's brief to be filed by 6/9/93; Reply brief (if any) to be filed by 6/23/93 - cc: Clerk, 9th CCA; cc: all counsel

Notice of Appeal sent to Clerk, 9th CCA and all counsel | | | | |
| Mar 5 | 78 | Transcript Designation and Ordering Form - Stephen Platt: 08/25-28/92; 08/31/92; 09/01/92; 11/30/92 Yukie H. Ichikawa: 09/02-04/92 Lisa Groulx: 09/08/92 Terrence Chun: 01/19/93 | | | | |
| 17 | | Transcript of Proceedings pp. 23 - 09-08-92 - Lisa Groulx Transcript of Proceedings pp. 13 - 09-08-92 - Lisa Groulx | | | | |
| 29 | | Transcript of Proceedings pp. 23 - 01-19-93 - Terrence Chun | | | | |
| 30 | | Transcript of Proceedings pp. 111 - 09-02-92 - Yukie H. Ichikawa Transcript of Proceedings pp. 16 - 09-03-92 - Yukie H. Ichikawa Transcript of Proceedings pp. 13 - 09-04-92 - Yukie H. Ichikawa | | | | |
| Apr 13 | 79 | Defendant Young Ho Kim's Motion for Stay of Execution of Judgment in a Criminal Case filed on January 23, 1993; Declaration of Jerry A. Ruthruff; Certificate of Service | | | | |
| 16 | | Transcript of Proceedings pp. 231 - 08-25-92 - Stephen Platt Transcript of Proceedings pp. 237 - 08-26-92 - Stephen Platt Transcript of Proceedings pp. 224 - 08-27-92 - Stephen Platt Transcript of Proceedings pp. 124 - 08-28-92 - Stephen Platt Transcript of Proceedings pp. 64  - 08-31-92 - Stephen Platt Transcript of Proceedings pp. 147 - 09-01-92 - Stephen Platt Transcript of Proceedings pp. 78  - 11-30-92 - Stephen Platt | | | | |
| 30 | 80 | ORDER Granting Defendant Young Ho Kim's Motion For Stay of Execution of Judgment in a Criminal Case Filed on January 23, 1993     FONG | | | | |

- see page 9 -

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | KIM, YOUNG HO | Page 9  DAE<br>CR 92-00220 HMF 02 |
|---|---|---|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1993 | | | |
| Jun 22 | 81 | Defendant Young Ho Kim's Ex Parte Motion to Shorten Time for Hearing on Defendant Young Ho Kim's Motion to Supplement Record on Appeal; Affidavit of Jerry A. Ruthruff; Certificate of SErvice | |
| 23 | 82 | ORDER Granting Defendant Young Ho Kim's Ex Parte Motion to Shorten Time for Hearing on Defendant Young Ho Kim's Motion to Supplement Record on Appeal       FONG | |
| | 83 | Notice of Motion [6-28-93 @ 2:30 pm, Judge Fong]; Defendant Young Ho Kim's MOTION to Supplement Record on Appeal; Memorandum in Support of Motion; Exhibits "A" and "B"; Certificate of Service | |
| 24 | 84 | EO: Hrng on Deft Young Ho Kim's M/Supplement Record on Appeal is contd from 6-28-93 to 7-2-93 @ 12 noon. Notified the following by phone: Jerry A. Ruthruff, Esq. thru his secy. & Florence Nakakuni, Esq. thru Steve. cc: the above attys & Judge Fong's chambers   FONG | |
| 28 | 85 | Government's Response to Defendant Young Ho Kim's Motion to Supplement Record on Appeal; Certificate of Service | |
| Jul 9 | | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | |
| 13 | 86 | Stipulation to Supplement to Record on Appeal -   FONG | |
| 14 | 87 | Defendants Submission of Documents Pursuant to Stipulation; Certificate of Service | |
| Aug 16 | 88 | Stipulation for ORDER To Deposit Fine Amounts in Registry of the Court and Order -       FONG | |
| Nov 19 | | **Original Record Sent to 9CCA** | |
| 1995 | | | |
| Jun 19 | 89 | Release of Judgement | |
| Sept 18 | 90 | JUDGMENT - 9CCA - CA93-10108, CA93-10110 - Judgment of the District Court, REVERSED and REMANDED. Filed & entered 8/23/95. Attest Date 9/18/95<br>ccd: all parties<br><br>EO: Case re-assigned to Judge David Alan Ezra | |
| Oct 16 | 91 | EO: Rescheduling Conference Pursuant to 9th CCA remand set for 10/23/95 @ 10:30 a.m. before Judge Kurren; cc: Florence Nakakuni, Jerry Ruthruff, Renee Yuen       KURREN | |
| 23 | 92 | EP: Rescheduling Conference - Nakakuni, Ruthruff, Yuen. Defts' presence waived. Govt will be filing Order of Dismissal today          (ESR)   KURREN | |
| | 93 | ORDER For Dismissal          KURREN<br>Prosecution if declined at this time | |