# CRIMINAL DOCKET · U.S. District Court

| | | | | | |
|---|---|---|---|---|---|
| PO ☐ | 0975 | Assigned 1 7509 | ☐ WRIT | U.S. vs. | Case Filed: 02/12/92 |
| Misd. ☐ | | Disp./Sentence 7509 | ☐ JUVENILE ☐ ALIAS | KIM, JEONG SUK (LAST, FIRST, MIDDLE) | Docket No.: 92 00220 HMF 03 Def. |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | No. of Def's: 3 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:371 | Conspiracy to structure transactions w/ a domestic financial institution, evading reporting requirements & caused a domestic fin instit to file a report that contained a material omission & misstatement of fact (03/87) CT1 | 1 | X |
| 31:5324(3) | Structuring/Evading Reporting Requirement (02/87) CT 2 | 1 | X |
| 31:5324(2) | Caused domestic fin instit to file report containing material omission & misstatement of fact (03/87) CT 3 | 1 | X |
| 31:5324(2) | Attempt to cause domestic fin instit to file a report containing material omission & misstatement (03/87) CT 4 | 1 | X |

## II. KEY DATE

**INTERVAL ONE** — KEY DATE EARLIEST OF: ☐ arrest, ☐ sum'ns, ☐ custody, ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE APPLICABLE: 02-12-92 — ☒ Indictment filed/unsealed, ☐ consent to Magr. trial on complaint, ☐ Information, ☐ Felony W/waiver
- KEY DATE: 03-10-92 — a) ☒ 1st appears on pending charge /R40, b) ☐ Receive file R20/21, c) ☐ Supsdg: ☐ Indt ☐ Inf, d) ☐ Order New trial, e) ☐ Remand, f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE APPLICABLE: 08-25-92 — ☐ Dismissal, Plea ☐ guilty ☐ After N.G., ☐ Nolo ☐ After nolo, ☒ Trial (voir dire) began, ☒ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD ☐ Noile ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 03-10-92 | 03-10-92 | | | | 09-08-92 | 01-19-93 | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| | Return | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| | Served | | | | | |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED  Tape Number | | | |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

* Show last names and suffix numbers of other defendants on same indictment/information:
(01) Chee, (02) Y. Kim, (03) J. Kim

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.
DANIEL A. BENT
by Florence T. Nakakuni, Asst. U.S. Atty.

Defense: 1 ☐ CJA, 2 ☒ Ret., 3 ☐ Waived, 4 ☐ Self, 5 ☐ Non/Other, 6 ☐ PD, 7 ☐ CD

RENEE M.L. YUEN
1001 Bishop St. Suite 978
Honolulu, Hawaii 96813
ph: 523-0125

**BAIL · RELEASE**

PRE-INDICTMENT
Release Date: 
☐ Bail Denied   ☐ Fugitive
                ☐ Pers. Rec.
AMOUNT SET      ☐ PSA
$               Conditions
Date Set        ☐ 10% Dep.
                ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

POST-INDICTMENT
Release Date:
☐ Bail Denied   ☐ Fugitive
                ☐ Pers. Rec.
AMOUNT SET      ☐ PSA
$               Conditions
Date Set        ☐ 10% Dep.
                ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

FEB 5 1993

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| DATE DOCUMENT NO. | Yr | Docket No | Def | | PAGE 1 OF | VI EXCLUDABLE DELAY |
|---|---|---|---|---|---|---|
| | 92 | 92 00220 | HMF 03 | MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date / End Date · Ltr Code · Total Days |

**V. PROCEEDINGS**    (OPTIONAL) Show last names of defendants

| 1992 | | |
|---|---|---|
| Feb 12 | 1 | EP: INDICTMENT - PS ordered    (Judith Powers)    CONKLIN |
| | 2 | PS issued; retn 02-24-92 at 10:00 a.m. (T) |
| 19 | 3 | Notice - A&P contd. from 02-24-92 to 03-02-92 @ 10:00 a.m.<br>    cc: all counsel |
| 25 | 4 | Return on PS executed by USM via Certified Mail on 02-18-92 |
| Mar 10 | 5 | EP: A&P - Defendants present. Defendants waive reading of Indictment and enter pleas of Not Guilty. Jury Trial: 05-12-92 at 9:00 Fong. Final Pretrial: 04-24-92 at 11:00 Kurren. Defts. mos. due: 03-31-92. Govt. response: 04-14-92. Bail: As to Defendant Chee: $25,000.00 signature; usual conditions: Not to leave the Island of Oahu; inform the Court of any change in address/phone no. within 24 hours. As to Defendants Kim (Both) $50,000.00 signature; 10% cash; usual conditions: Not to leave the Island Oahu; inform the Court of any chnage in address/phone no. within 24 hours. (48 hours to post bail) Custionary advise given. Nakakuni, D. Ching, Ruthruff, & Yuen present.    (ESR) KURREN |
| | 6 | ORDER Setting Conditions of Bail - $50,000.00/$5,000.00 CASH<br>    Travel: Island of Oahu. That the defendant inform the court of any change in address or phone number w/in 24 hours of such change.    KURREN |
| | 7 | Appearance Bond<br>    2121 Ala Wai Blvd. Ph. #2<br>    Honolulu, HI 96815<br>    Ph. 922-7587    KURREN |
| | 8 | Affidavit of Owner of Cash Bail - $5,000.00<br>    Jeong Suk Kim<br>    2121 Ala wai Blvd., PH #2<br>    Honolulu, HI 96815<br>    Ph. 922-7587    KURREN |
| 24 | 9 | Defendants Jeong Suk Kim and Young Ho Kim's Request for Discovery; Certificate of Service |
| | 10 | Government's Discovery Statement; Certificate of Service |
| Apr 1 | 11 | Government's Request for Discovery; Certificate of Service |
| 2 | 12 | Government's Response to Defendants Young Ho Kim (02) and Jeong Suk Kim's (03) Request for Discovery; Certificate of Service |
| 29 | 13 | Certificate of Service Re: Government's Jury Instructions |
| 30 | 14 | EP: Final Pretrial Conference - Defendants' presence waived. A M/Continue trial was requested by Ms. Yuen. Court could not rule on this motion and advised Ms. Yuen to file with Judge Fong. (30) days ruling). Final Pretrial conference held. Trial to take 2 days. Interpreter needed for defendant Young Ho Kim. Jury instructions, voir dire already submitted. |

```
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     U.S. vs                                              page 2
                                    KIM, JEONG SUK                    CR 92-00220 HMF  03
    AO 256A                                                           Yr.   Docket No.  Def.
```

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| **1992** | | | | | | |
| May 11 | 15 | First Stipulation to Continue Trial Date to July 14, 1992 and Excluding Time Under the Speedy Trial Act; ORDER - Trial contd. from 05-12-92 to 07-14-92 before Judge Fong. Time from 05-12-92 to 07-14-92 is excludable under the Speedy Trial Act - 18:3161(h)(8)(A) & (h)(8)(B)(iv).  FONG | | 05-12-92 07-13-92 | T | 33 |
| 14 | 16 | Government's Motion for Reconsideration of Court's Order Regarding: (A) Material Requested by Defendants Pursuant to Brady; (B) Release of Jencks Act Material One Week Prior to Trial; Certificate of Service | | | | |
| Jul 7 | 17 | Second Stipulation to Continue Trial Date to August 25, 1992, and Excluding Time Under the Speedy Trial Act - Trial contd. from 07-14-92 to 08-25-92. Time from 07-14-92 to and including 08-22-92 is excluded under the Speedy Trial Act - 18:3161(h)(8)(A) and (h)(8)(B)(iv).  FONG | | 07-14-92 08-22-92 | T | 40 |
| 22 | 18 | Amendment to Second Stipulation to Continue Trial Date to August 25, 1992 and Excluding Time Under the Speedy Trial Act Filed July 7, 1992.  Speedy Trial exclusion from 08-22-92 to 08-25-92.  FONG | | 08-23-92 08-24-92 | T | 2 |
| Aug 18 | 19 | Third Stipulation To Continue Trial To November 3, 1992, Setting Final Pre-Trial Conference And Excluding Time Under The Speedy Trial Act    **DENIED**    FONG | | | | |
| | 20 | Ex Parte Motion For Order Shortening Time; Declaration of Florence T. Nakakuni       re: M/Disqualify Counsel | | | | |
| | 21 | Motion To Disqualify Counsel; Declaration of Florence T. Nakakuni; Exhibit 1; Certificate of Service | | | | |
| | 22 | ORDER GRANTING Motion To Shorten Time     FONG re: M/Disqualify Counsel set for 08/19/92 at 9:00 a.m. (HMF) | | | | |
| 19 | 23 | EP: Government's Motion to Disqualify Counsel - Arguments held.  Motion to Disqualify counsel - denied. Oral Motions to Continue Trial - denied.  Discussion held regarding production of Brady, Jencks and other materials. Ordered that all notes made during the interview of Kendrick M.H. Chee be submitted to the Court for an in camera inspection. Ordered that the government provided the defense with all reports, memoranda, notes, etc., that are not protected by law.  Florence T. Nakakuni, Jerry A. Ruthruff (02), Renee M.L. Yuen (03) Richard K. Perkins (03) present.                              (SP) FONG | | | | |
| | 24 | Witness List  - see next page - | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

```
UNITED STATES DISTRICT COURT                                      page 3
CRIMINAL DOCKET          KIM, JEONG SUK                  CR 92-00220 HMF 03
   AO 256A
```

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 | | | | | | |
| Aug 21 | 25 | Government's Proposed Voir Dire Questions; Certificate of Service | | | | |
| 21 | 26 | Government's Trial Memorandum; Certificate of Service | | | | |
| 24 | 27 | Government's Proposed Jury Instructions; Certificate of Service | | | | |
| 25 | 28 | Government's Opposition to Defendant Young Ho Kim's Motion in Limine Re: Statements Allegedly Made By Defendant Jeong Suk Kim to Government Agents and for Severance of Trial; Certificate of Service | | | | |
| | 29 | Government's Filing Re: All Prior Discovery; Certificate of Service | | | | |
| | 30 | EP: JURY SELECTION/TRIAL - (1st Day) Taekyong Kim sworn as an interpreter in the Korean language on behalf of the defendants. 51 jurors present. 12 jurors and 2 alternates selected, sworn and preliminarily instructed. Government's Motion to Strike Surplussage from the Indictment- granted as follows: 1. Paragraph 2(b); 2. Paragraph 5; 3. Paragraph 6(j); 4. Paragraph 6(j). Defendant Young Ho Kim's M/Limine: 1. Re: Oral Statement of Defendant Young Ho Kim to Special Agents Clint Tsubota and John Teraoka - granted in part. Government is precluded from using this evidence in its case in chief. 2. Re: Oral Statement of Defendant Young Ho Kim to Special Agents Lee and/or Southerland - denied. 3. Re: Currency Transaction Report dated February 17, 1987 and other documents which the government failed to produce as required by the discovery rules - denied. 4. Re: Statements allegedly made by defendant Jeong Suk Kim to Government agents and for severance of trial - denied. Opening statements made. Further trial continued to August 26, 1992 @ 9:00 a.m. Nakakuni, Ruthruff, Yuen & Taekyong Kim, Interpreter present. (SP) FONG | | | | |
| | 31 | Defendant Jeong Suk Kim's Proposed Jury Instructions | | | | |
| | 32 | ORDER for Dismissal - Counts 3 & 4 of the Indictment - Certificate of Service         FONG | | | | |
| | 33 | Government's Motion in Limine; Declaration of Florence T. Nakakuni; Certificate of Service | | | | |
| 26 | 34 | EP: FURTHER JURY TRIAL - (2nd Day) - Defendant Young Ho Kim's Oral Motion to Continue Trial to Conduct Further Discovery made in conjunction with the hearing on Motions in Limine on August 25, 1992 - denied. Hearing held without the jury regarding evidentiary matters. Trudy Kim Yoshikawa, CST. Kentrick Chee CST. Exhibits admitted: P-1A thru P-13I; D-17, D-18 & D-19. Further trial continued to August 27, 1992 @ 9:00 a.m. Florence Nakakuni, Jerry Ruthruff; Renee Yuen & Taekyong Kim, Interpreter present.                                      (SP) FONG | | | | |

- see next page -

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET  *U. S. vs* KIM, JEONG SUK | page 4 DAE CR 92-00220 HMF 03 |
|---|---|
| AO 256A | Yr. \| Docket No. \| Def. |

| DATE | | PROCEEDINGS (continued) —(Document No.)— | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|---|
| 1992 Aug 27 | 35 | EP: FURTHER JURY TRIAL - 3rd Day Kendrick Chee, Chris Godwin, Seung Kyu Lee and John Teraoka CST. Government's exhibit P-14 admitted. Government rested. Defendants #2 & #3's Motion for Judgement of Acquittal - denied. John Teraoka recalled as sitness by defendant #2. Further trial continued to August 28, 1992 @ 10:00 a.m. Florence Nakakuni, Jerry A. Ruthruff, Renee Yuen, Richard Perkins & Taekyong Kim, Interpreter present.                                    (SP) FONG | |
| 28 | 36 | Government's Proposed Jury Instructions to Which the Defense Objects; Certificate of Service | |
| | 37 | Government's Objections to Defendant's Proposed Instructions; Certificate of Service | |
| | 37a | EP: FURTHER JURY TRIAL - 3rd Day - Margo Brower CST. Young Ho Kim CST. Exhibits admitted: D-23. Further trial continued to September 1, 1992 @ 9:00 a.m. Settling of Instructions is set for August 31, 1992 @ 1:30 p.m. Florence Nakakuni, Jerry Ruthruff, Renee Yuen, Richard Perkins, Taekyong Kim (Interpreter) present.                                     (SP) FONG | |
| | 38 | The Parties Joint Set of Instructions; Certificate of Service | |
| 31 | 39 | EP: Settling of Jury Instructions - Defendants not present. Instructions settled. Jeong Suk Kim's Motion for Judgment of Acquittal - taken under advisement. Florence Nakakuni, Jerry Ruthruff, Renee Yuen & Richard Perkins present.                                     (SP) FONG | |
| | 40 | Government's Memorandum Regarding the Taylor Case; Certificate of Service | |
| | 41 | Government's Objections to Young Ho Kim's Supplemental Proposel Jury Instructions; Certificate of Service | |
| | 42 | Government's Withdrawal and Substitution of Jury Instructions Certificate of Service | |
| Sep 1 | 43 | EP: FURTHER JURY TRIAL - 5th Day - Further settling of instructions. Defendant Jeong Suk Kim's Motion for Judgment of Acquittal - denied. Seung-Kyun Ko, Ph.D. sworn as an interpreter in the Korean language. Examination of Young Ho Kim resumed. Juror #9, Rosemary Oda, discharged and substituted by Alternate Juror # 1, Herbert Ito. Reverend D. Samuel Lee sworn as an interpreter in the Korean language. John Stevenson CST. Young Ho Kim recalled. Defendant Young Ho Kim rested. Defendant Jeong Suk Kim rested. Defendant Young Ho Kim's Renewed M/Severance - denied. Kendrick Chee recalled. John Teraoka recalled. Government rested. Further trial continued to | |

CONTINUED ON NEXT PAGE

Start Date / End Date | Ltr. Code | Total Days

```
UNITED STATES DISTRICT COURT                                           page 5
CRIMINAL DOCKET                    KIM, JEONG SUK              CR 92-00220 HMF 03
AO 256A
```

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- | --- |
| | (Document No.) | | (a) \| (b) \| (c) \| (d) |
| **1992** Sep 1 | | **CONTINUED EP:** September 2, 1992 @ 1:00 p.m. Florence Nakakuni, Jerry Ruthruff, Renee Yuen, Richard Perkins, Seung-Kyun Ko, Ph. D., Interpreter (9:00 - 12:30), Rev. T. Samuel Lee, Interpreter (1:30 - 3:20) present.     (SP) <u>FONG</u> | |
| | 44 | Government's Motion for Reconsideration of Defendant Young Ho Kim's Instructions; Certificate of Service | |
| | 45 | Government's Memorandum Regarding Lopez-Alvarez; Certificate of Service | |
| | 46 | Government's Proposed Jury Instructions; Certificate of Service | |
| | 47 | Defendant Jeong Suk Kim's Memorandum in Support of Motion for Judgement of Acquittal; Certificate of Service | |
| 2 | 48 | <u>EP</u>: FURTHER JURY TRIAL - (6th Day) - Government's opening argument. Jeong Suk Kim's closing argument. Young Ho Kim's closing argument. Government's rebuttal. Jury instructed. Bailiff sworn. Alternate juror will be on call until notified by the clerk that she has been discharged. Jurors excused until 9/3/92 @ 9:00 a.m. Jeong Suk Kim's Renewed M/Judgment of Acquittal is set for arguments on 09/03/92 @ 9:00 a.m. Case continued until the above date. Florence Nakakuni, Jerry Ruthruff, Renee Yuen, Richard Perkins, Reverand Samuel Lee, Interpreter. (YI) <u>FONG</u> | |
| 3 | 49 | <u>EP</u>: FURTHER JURY TRIAL - Jury returned to commence deliberation. Defendants not present. Presence waived. Hearing held without the jury regarding the following: 1. Young Ho Kim's Oral Motion for Mistrial - denied. 2. Defendants' Renewed Motions for Judgement of Acquittal - denied. Further jury deliberation continued to September 4, 1992 @ 9:00 a.m. Florence Nakakuni, Jerry Ruthruff & Renee Yuen present. (YI) <u>FONG</u> | |
| 4 | 50 | <u>EP</u>: JURY DELIBERATION: The court convened to answer the Jury Question. Jury question and the court's response filed. Further deliberation contd. to Sept. 8, 1992 @ 9:00 a.m. Nakakuni, Ruthruff, Yuen & Perkins present.     (YI) <u>EZRA</u> | |
| | 51 | Note from the Jury - 3:45 p.m. | |
| | 52 | Response to the Jury -     FONG | |
| 8 | 53 | <u>EP</u>: FURTHER JURY DELIBERATION - Jury returned for further deliberation. | |
| | 54 | "NOTE FROM THE JURY" filed. Hearing held without the jury regarding the note from the jury. Jury was summoned and the Court orally responded to the note. (2:25 - 3:00 p.m.) | |

**CONTINUED ON NEXT PAGE**

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs KIM, JEONG SUK | page 6 DAE |
|---|---|---|
| AO 256A | | CR 92-00220 HMF 03 |
| | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |

1992
Sep 8 — EP: FURTHER JURY TRIAL
　　Jury returned with the verdicts (3:30 p.m.) "VERDICTS"
　　as to both defendants read and filed. Jury found both defendants
　　guilty to count 1 and not guilty to Count 2. Count 2 dismissed
　　as to both defendants. Jury polled. Verdicts as to both
　　defendants unanimous. Defendants referred for presentence
　　investigation and report, and sentencing is set for December
　　7, 1992 @ 1:30 p.m. Bonds continued. Florence Nakakuni
　　Jerry Ruthruff, Renee Yuen & Richard Perkins. (LG) FONG

　　55　VERDICT - Count 1: Guilty
　　　　　　　Count 2: Not Guilty

　　56　Court's Jury Instructions

15　57　Stipulation for Extension of Time to File Written Motions
　　　　　　　　　　　　　　　　　　　　FONG
16　58　Judgment of Acquittal - Count 2　　FONG

22　59　Notice of Motion; [10-13-92 @ 1:30 a.m.@ (Fong)];
　　　　Motion for Judgment of Acquittal Not Withstanding the
　　　　Verdict or for New Trial; Memorandum in Support of Motion;
　　　　Certificate of Service

28　60　Amended Notice of Motion; [10-26-92 @ 1:30 p.m. (Fong)];
　　　　Certificate of Service

29　61　Joinder in Post-Trial Motions of Codefendant Young Ho Kim;
　　　　Certificate of Service

Oct 8　62　Government's Opposition to Defendant Jeong Suk Kim's Motion
　　　　for Judgment of Acquittal Notwithstanding the Verdict or
　　　　For New Trial; Exhibits "1", "2"; Certificate of Service

　　63　Government's Opposition to Defendant Young Ho Kim's Motion to
　　　　Dismiss Indictment, To Arrest Judgment, For Mistrial
　　　　or New Trial and For Judgment of Acquittal Notwithstanding
　　　　The Verdict; Exhibits 1-3; Certificate of Service

9　64　Index and Table of Citations For Government's Opposition to
　　　　Defendant Young Ho Kim's Motion to Dismiss Indictment,
　　　　To Arrest Judgment, For Mistrial or New Trial and For Judgment
　　　　of Acquittal Notwithstanding the Verdict; Certificate of
　　　　Service

　　65　Index and Table of Citations to Government's Opposition to Defendant
　　　　Jeong Suk Kim's Motion for Judgment of Acquittal Notwithstanding
　　　　the Verdict or For New Trial; Certificate of Service

Nov 27　66　Government's Response To Defendant Young Ho Kim's Supplemental
　　　　Memorandum In Support Of Motion To Dismiss Indictment,
　　　　To Arrest Judgement, For Mistrial Or New Trial, And For
　　　　Judgement of Acquittal Nothwithstanding The Verdict;
　　　　Exhibit 1; Certificate of Service　　*See Next Page*

Interval | Start Date | Ltr. | Total
　　　　　(per Section II) | End Date | Code | Days

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | page 7 DAE |
| CRIMINAL DOCKET | KIM, JEONG SUK | CR 92-00220 HMF 03 |
| AO 256A | | |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1992 | | | |
| Nov 30 | 67 | EP: Defendant Jeong Suk Kim's Motion for Judgment of Acquittal Notwithstanding the Verdict or For New Trial - Argumenst held.  Government has until December 4, 1992 to file its supplemental memorandum.  Motion will be taken under advisement thereafter.  Sentencing is continued until January 19, 1993 @ 2:00 p.m.  Florence Nakakuni & Renee M. L. Yuen Present.              (SP) FONG | |
| Dec 3 | 68 | Government's Further Memorandum In Opposition to Defendant's Post-Trial Motions; Exhibit 1; Certificate of Service | |
| 10 | 69 | Defendant Jeong Suk Kim's Response to Government's Further Memorandum in Opposition to Defendants' Post-Trial Motions; Certificate of Service | |
| 1993 | | | |
| Jan 15 | 70 | ORDER DENYING Defendants' Motion To Dismiss Indictment, For Judgment Of Acquittal, For Mistrial, Or For New Trial FONG ccd: Yuen/Perkins, Ruthruff, Nakakuni, USPO | |
| 19 | 71 | EP: SENTENCING To CT 1 - Nakakuni, Yuen. Alloc by deft. Adj - 1 yr impr, exec of sentence of impr is suspended & deft placed on prob for a term of 3 yrs upon the following spec conds: 1) That the deft pay a fine of $10,000.00 payable w/in 90 days of the date of sentence; 2) That the deft complete 50 hrs of comm svc as directed by the prob office. Spec Mon Assess - $50.00 payable forthwith. Adv of right to appeal the conviction & sentence; etc.                               (TC) FONG | |
| 25 | 72 | JUDGMENT In A Criminal Case            FONG | |
| Feb 4 | 73 | Notice of Motion; [02-22-93 @ 3:45 p.m. (Fong)]; Motion For Stay of Execution of Judgment in a Criminal Case Filed on January 25, 1993; Declaration of Renee M. L. Yuen; Exhibit A - B; Certificate of Service | |
| | 74 | **NOTICE OF APPEAL** - On Behalf of Defendant [CA 93-10110] | |
| 9 | 75 | ORDER for Time Schedule - RT to be ordered by 2/25/93; RT to be filed by 3/29/93; Aplt's opening brief to be filed by 5/10/93; Aple's brief to be filed by 6/9/93; Reply brief (if any) to be filed by 6/23/93 - cc: Clerk, 9th CCA; cc: all counsel | |
| | | Notice of Appeal sent to Clerk, 9th CCA and all counsel | |
| | | - see next page - | |

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | page 8 |
| CRIMINAL DOCKET  U.S. vs | | |
| KIM, JEONG SUK | | CR 92-00220 HMF 03 |
| AO 256A | | Yr. \| Docket No. \| Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1993 | | | |
| Feb 17 | 76 | Government's Opposition to Defendant Jeong Suk Kim's Motion For Stay of Execution of Judgment in a Criminal Case; Certificate of Service | |
| 22 | 77 | EP: Motion For Stay of Execution of the Judgment - Arguments held. Motion granted. Ordered that the $5,000.00 previously paid by the defendant towards the fine be applied as security for bond pending appeal. Florence T. Nakakuni; Renee Yuen & Jerry Ruthruff present. (SP) FONG | |
| 24 | 78 | Transcript Designation and Ordering Form - Stephen Platt:08/25-28/92; 08/31/92; 09-01-92; 11/30/92 Yukie Ichikawa: 09/02-04/92; Terrence Chun: 01/19/93 Lisa Groulx: 09/08/92 | |
| Mar 17 | | Transcript of Proceedings pp. 23 - 09-08-92 - Lisa Groulx Transcript of Proceedings pp. 13 - 09-08-92 - Lisa Groulx | |
| 29 | | Transcript of Proceedings pp. 23 - 01-19-93 - Terrence Chun | |
| 30 | | Transcript of Proceedings pp. 111 - 09-02-92 - Yukie H. Ichikawa Transcript of Proceedings pp. 16 - 09-03-92 - Yukie H. Ichikawa Transcript of Proceedings pp. 13 - 09-04-92 - Yukie H. Ichikawa | |
| Apr 1 | 79 | ORDER Granting Defendant Jeong Suk Kim's Motion for Stay of Execution of Judgment in a Criminal Case Filed on January 25, 1993    FONG | |
| 16 | | Transcript of Proceedings pp. 231 - 08-25-92 - Stephen Platt Transcript of Proceedings pp. 237 - 08-26-92 - Stephen Platt Transcript of Proceedings pp. 224 - 08-27-92 - Stephen Platt Transcript of Proceedings pp. 124 - 08-28-92 - Stephen Platt Transcript of Proceedings pp. 64  - 08-31-92 - Stephen Platt Transcript of Proceedings pp. 147 - 09-01-92 - Stephen Platt Transcript of Proceedings pp. 78  - 11-30-92 - Stephen Platt | |
| Jun 24 | 80 | EO: Hrng on Deft Young Ho Kim's M/Supplement Record on Appeal is contd from 6-28-93 to 7-2-93 @ 12 noon. Notified the following by phone: Jerry A. Ruthruff, Esq. thru his secy. & Florence Nakakuni, Esq. thru Steve. cc: the above attys & Judge Fong's chambers    FONG | |
| Jul 13 | 81 | Stipulation to Supplement to Record on Appeal    FONG | |
| Aug 16 | 82 | Stipulation for ORDER To Deposit Fine Amounts in Registry of the Court and Order -    FONG - See Next Page - | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | page 9 |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | KIM, JEONG SUK | CR 92-00220 HMF 03<br>DAE |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1993<br>Nov 19 | | **Original Record Sent to 9CCA** | | | | |
| 1995<br>Jun 19 | 83 | Release of Judgment | | | | |
| Sept 18 | 84 | JUDGMENT - 9CCA - CA93-10108, CA93-10110 - Judgment of the District Court, REVERSED and REMANDED. Filed & entered 8/23/95. Attest Date 9/18/95<br>ccd: all parties<br><br>EO: Case re-assigned to Judge David Alan Ezra | | | | |
| Oct 16 | 85 | EO: Rescheduling conference pursuant to 9th CCA remand set for 10/23/95 @ 10:30 a.m. before judge Kurren; cc: Florence Nakakuni; Jerry Ruthruff, Renee Yuen       KURREN | | | | |
| 23 | 86 | EP: Rescheduling Conference - Nakakuni, Ruthruff, Yuen. Defts' presence waived. Govt will be filing Order of Dismissal today       (ESR)    KURREN | | | | |
| | 87 | ORDER For Dismissal       KURREN<br>Prosecution if declined at this time | | | | |